O    JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-6688 AHM (MANx) | Date | October 25, 2010 |
|---|---|---|---|
| Title | HARRISON, et al. v. STATE OF CALIFORNIA et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

By Order[1] dated October 14, 2010, the Court ordered Plaintiff to show cause by not later than October 21, 2010, why the Court should not dismiss this action for lack of jurisdiction. Plaintiff failed to timely file a response to the order to show cause.

Good cause appearing therefore, the Court hereby dismisses the complaint for lack of jurisdiction. The clerk is directed to close this file.

IT IS SO ORDERED.

                                                                                        :
                                                                    Initials of Preparer     se

---

[1] Docket No. 6.