O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-6688 AHM (MANx) | Date | November 10, 2010 |
|---|---|---|---|
| Title | HARRISON, et al. v. STATE OF CALIFORNIA et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:       Attorneys **NOT** Present for Defendants:

**Proceedings:**       IN CHAMBERS (No Proceedings Held)

By Order[1] dated November 1, 2010, the Court ordered Plaintiff to show cause by not later than November 8, 2010, why the Court should not dismiss this action for lack of jurisdiction. Plaintiff failed timely to file a response to the order to show cause.

Good cause appearing therefor, the Court hereby dismisses the complaint for lack of jurisdiction. The clerk is directed to close this file.

IT IS SO ORDERED.

**JS-6**

:

Initials of Preparer       SMO

---

[1]Docket No. 8.